Accordingly, we dismiss this appeal. *See* TEX.R.APP. P. 38.8(1), 42.3(c).

■

**PHILADELPHIA INDEMNITY
INSURANCE COMPANY and
Lance Goff, Appellants**

v.

**The EPISCOPAL DIOCESE OF FORT
WORTH, et al., Appellee.**

No. 05–12–00673–CV.

Court of Appeals of Texas,
Dallas.

Jan. 16, 2013.

Thomas Michael Spitaletto, Jennafer G. Groswith, Dallas, TX, for appellants.

Hugh Bartley Sloan, Brent Basden, Bobby M. Rubarts, Dallas, TX, for appellee.

Before Chief Justice WRIGHT, Justice LANG–MIERS and Justice LEWIS.

**OPINION**

Opinion by Chief Justice WRIGHT.

Appellants' brief in this case is overdue. By letter dated July 9, 2012, we notified appellants the time for filing their brief had expired. We directed appellants to file their brief and an extension motion within ten days or the appeal would be dismissed. To date, appellants have not filed their brief, an extension motion, or

otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX.R.APP. P. 38.8(1), 42.3(c).

■

**AFENMAI WORLD CONGRESS,
INC., Appellant**

v.

**Lawal SALAMI, Sonnie Braih,
et al., Appellees.**

No. 05–12–00780–CV.

Court of Appeals of Texas,
Dallas.

Jan. 16, 2013.

Mohamad Said, Richardson, TX, and Andrew S. Gardner, Dallas, TX, for appellant.

Kevin S. Wiley Jr., Dallas, TX, for appellees.

Before Chief Justice WRIGHT, Justice LANG–MIERS and Justice LEWIS.

**OPINION**

Opinion by Chief Justice WRIGHT.

Appellant's brief in this case is overdue. By letter dated July 30, 2012, we notified appellant its brief was due. We directed appellant to file its brief and an extension motion within ten days. We cautioned

appellant that failure to do so might result in dismissal of this appeal without further notice. To date, appellant has not filed its brief, an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX.R.APP. P. 38.8(1), 42.3(c).